Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*
(additional counsel on signature page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVE VACCARO, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALTAIS, INC.; BROWN & TOLAND PHYSICIAN SERVICES ORGANIZATION, LLC, GRAIN CONSULTING, CORP, and DOES through 10, inclusive, and each of them<br><br>Defendants. | Case No. 2:23-CV-04513-KK-BFM<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION TO STAY CURRENT DEADLINES** |

NOW COMES the Plaintiff, DAVE VACCARO, and the Defendants, ALTAIS, INC., BROWN & TOLAND PHYSICIAN SERVICES ORGANIZATION, LLC, and GRAIN CONSULTING CORP by and through their respective counsel of record, to advise the Court that the Parties have reached an agreement on principal terms to settle the above-captioned case.

Accordingly, the Parties hereby request that the Court stay all deadlines in this Action. The purpose of the stay is to avoid any additional expense, and further the

interests of judicial economy, while the Parties focus their efforts on formalizing and finalizing a complete settlement agreement. The Parties anticipate a notice of dismissal being filed within 60 days.

The Parties therefore respectfully request that the Court vacate all currently set dates, with the expectation that a Notice or Stipulation of Dismissal, or Joint Status Report, will be filed within sixty (60) days

[continued on following page ]

SO STIPULATED:

Dated: December 5, 2023        Respectfully submitted,

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: /s/ Todd M. Friedman
TODD M. FRIEDMAN, ESQ.
Attorney for Plaintiff

Dated: December 5, 2023        Respectfully submitted,

KESSENICK GAMMA LLP

By: /s/ James M. Cooper
JAMES M. COOPER, ESQ.
Attorney for ALTAIS INC. and BROWN & TOLAND PHYSICIAN SERVICES ORGANIZATION, LLC

Dated: December 5, 2023        Respectfully submitted,

CALDARELLI HEJMANOWSKI PAGE & LEER LLP

By: /s/ Lee E. Hejmanowski
LEE E. HEJMANOWSKI, ESQ.
Attorney for GRAIN COUNSULTING CORP.

**LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION**

The filer of this document attests that all other signatories listed above on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

Respectfully submitted,

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: /s/ Todd M. Friedman
Todd M. Friedman, Esq.
Attorney for Plaintiff

# **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On December 5, 2023, I served a true copy of the Notice of Settlement and Stipulation to Stay Current Deadlines on all counsel of record via the ECF Filing System:

Executed on December 5, 2023.

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By: /s/ Todd M. Friedman
Todd M. Friedman, Esq.
Attorney for Plaintiffs