Todd M. Friedman (SBN 216752)
tfriedman@toddflaw.com
Adrian R. Bacon (SBN 280332)
abacon@toddflaw.com
Law Offices of Todd M Friedman, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Telephone: (323) 306-4234
Facsimile: (866) 633-0228

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE VACCARO, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ALTAIS, INC.; BROWN & TOLAND PHYSICIAN SERVICES ORGANIZATION, LLC, GRAIN CONSULTING, CORP, and DOES through 10, inclusive, and each of them<br><br>　　　　　Defendants. | Case No.<br>2:23-CV-04513-KK-BFM<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Defendant Grain Consulting Corp.'s third-party complaint against Nextiva shall be dismissed without prejudice.  Each party shall bear their own costs and attorney fees.

　　///

Respectfully submitted this 17th Day of January, 2024,

**Law Offices of Todd M. Friedman P.C**
By:   s/Adrian R. Bacon
ADRIAN R. BACON Esq
Attorney for Plaintiff

**Caldarelli Hejmanowski Page & Leer LLP**
By: /s/ Lee E. Hejmanowski
Lee E. Hejmanowski
Attorney for Defendant

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: January 17, 2024   LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By:  s/ Adrian R. Bacon
Adrian R. Bacon ESQ.
Attorney for Plaintiff

Filed electronically on this 17th Day of January, 2024, with:

Notification sent electronically via the Court's ECF system to:

Honorable Judge of the Court
United States District Court

All Counsel of Record as Recorded On The Electronic Service List.

This 17th Day of January, 2024.

s/Adrian R. Bacon
ADRIAN R. BACON