# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE VACCARO, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALTAIS, INC.; BROWN & TOLAND PHYSICIAN SERVICES ORGANIZATION, LLC, GRAIN CONSULTING, CORP, and DOES through 10, inclusive, and each of them<br><br>Defendants. | Case No.<br><br>2:23-CV-04513-KK-BFMx<br><br>**ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO CLASS CLAIMS.** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Defendant Grain Consulting Corp.'s third-complaint against Nextiva is dismissed without prejudice. Each party shall bear their own costs and attorneys' fees.

Dated this January 18, 2024

_____

Honorable Judge of the District Court